IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROMERIO L. WALKER,
Inmate No. 108533,

    Plaintiff,

v.                                             CASE NO. 5:13-cv-213-RS-EMT

MICHAEL CREWS, et al.,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 4) and Plaintiff's Objections (Doc. 5). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff may initiate a new cause of action accompanied by the $350.00 filing fee.

4. The clerk is directed to close the file.

**ORDERED** on June 25, 2013.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**